IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB *et al.*, | ) ) ) | Civil Action 2:04-cv-905 |
| Plaintiffs, | ) ) | Judge Sargus |
| vs. | ) ) | Magistrate Judge Abel |
| DAYTON POWER & LIGHT CO. *et al.*, | ) ) | |
| Defendants. | ) | |

### ORDER ENTERING A LIMITED STAY TO PERMIT CONTINUED SETTLEMENT DISCUSSIONS

Upon consideration of the Joint Motion for a Limited Stay To Permit Continued Settlement Discussions, it is hereby ORDERED that the Joint Motion is GRANTED as follows:

1. All deadlines established in the current case management schedule, except the deadline for completion of expert discovery, are STAYED for a period of 60 days from the entry of this Order; and

2. The current deadline for completion of expert discovery is STAYED for a period of 60 days from the entry of this Order, for the sole purpose of allowing Defendants to take the depositions of Plaintiffs' remaining expert witness, Mr. Koppe.

12-14-2007
Date

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE