IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB *et al.*, | ) | |
| | ) | Civil Action 2:04-cv-905 |
| Plaintiffs, | ) | |
| | ) | Judge Sargus |
| vs. | ) | |
| | ) | Magistrate Judge Abel |
| DAYTON POWER & LIGHT CO. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER EXTENDING STAY TO PERMIT CONTINUED SETTLEMENT DISCUSSIONS

Upon consideration of the Joint Motion to Extend Stay to Permit Continued Settlement Discussions, it is hereby ORDERED that the Joint Motion is GRANTED as follows:

1. The stay of case deadlines as set forth in this Court's Order dated December 14, 2007 (Dkt. 86), is hereby extended for 60 days, through April 15, 2008.

2. The parties shall provide a joint status report to the Court regarding the progress of settlement discussions by March 11, 2008.

3. On or after March 11, 2008, any party may notify the other parties and the Court that they no longer believe settlement discussions are progressing and request a conference with the Court to address the stay and the case schedule.

2-14-2008
Date

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE